1002

[No. 43745-7-II. Division Two. May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD ERNEST CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00873-2, Richard L. Brosey, J., entered July 23, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen and Maxa, JJ.

[No. 44077-6-II. Division Two. May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSON TAKUMI MAXWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00619-2, Carol Murphy, J., entered October 2, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 44085-7-II. Division Two. May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM KEITH HARSH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-1-00034-5, S. Brooke Taylor, J., entered October 17, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 44205-1-II. Division Two. May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY URQUIJO, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-1-00341-9, Gordon Godfrey, J., entered November 13, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Worswick, C.J., and Hunt, J.